United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16047-amc
Yovana Bustamante                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Oct 03, 2017
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
```
db           +Yovana Bustamante,    2143 Brighton Street,    Philadelphia, PA 19149-1802
13983535    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
              P O Box 183853,    Arlington, TX 76096)
13979680      City of Phila, Law Dept,    1515 Arch St Fl 14,    Philadelphia, PA 19102-1504
13979681      City of Philadelphia, Water Revenue Bure,    1401 John F Kennedy Blvd,
              Philadelphia, PA 19102-1617
13979682      DIRECTV,   PO Box 5007,    Carol Stream, IL 60197-5007
13979683      GM Financial,    PO Box 183123,    Arlington, TX 76096-3123
13979684      Great Lakes,    PO Box 7860,    Madison, WI 53707-7860
13979685      KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
13979686      Liberty University,    1971 University Blvd,    Lynchburg, VA 24515-0002
13979688     +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia, PA 19122-2898
13987046     +U.S BANK NATIONAL ASSOCIATION,     (TRUSTEE FOR PA HOUSING FINANCE AGENCY),
              c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13979689      U.S. Dept. of Education,    PO Box 8973,    Madison, WI 53708-8973
13979690      US Bank Nat Assoc,    211 N Front St,    Harrisburg, PA 17101-1406
13979691      Verizon Fios,    500 Technology Dr Ste 550,    Weldon Spring, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:05      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:39
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13979679      E-mail/Text: EBNProcessing@afni.com Oct 04 2017 01:43:52      Afni, Inc.,
              1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
13987683      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 01:54:10
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13979687     +E-mail/Text: bankruptcygroup@peco-energy.com Oct 04 2017 01:43:30      Peco,    2301 Market St,
              Philadelphia, PA 19103-1380
                                                                                             TOTAL: 6
```
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
```
              ANTHONY ARECHAVALA    on behalf of Debtor Yovana Bustamante legaloptions@comcast.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Yovana Bustamante :
: CASE No.: 17-16047
Debtor :

## ORDER EXTENDING THE STAY BEYOND THE 30-DAY PERIOD

AND NOW, this 3rd day of October, 2017, upon Debtor's Motion to Extend the Stay Beyond the 30-Day Period and for the duration of this case, it is hereby

ORDERED that the Motion is **GRANTED.**

BY THE COURT

_____
ASHELY M. CHAN
US BANKRUPTCY JUDGE