# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-16047-AMC

YOVANA BUSTAMANTE

2143 BRIGHTON STREET

PHILADELPHIA, PA 19149

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    YOVANA BUSTAMANTE

    2143 BRIGHTON STREET

    PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

    ANTHONY ARECHAVALA
    1015 CHESTNUT ST
    SUITE 400
    PHILADELPHIA, PA 19107-

Date: 11/9/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee