# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOVANA BUSTAMANTE | Chapter 13 |
| Debtor | Bankruptcy No. 17-16047-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __30th__ day of __January__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANTHONY ARECHAVALA
1015 CHESTNUT ST
SUITE 400
PHILADELPHIA, PA 19107-

Debtor:
YOVANA BUSTAMANTE

2143 BRIGHTON STREET

PHILADELPHIA, PA 19149