United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16047-amc
Yovana Bustamante                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John            Page 1 of 2          Date Rcvd: Jan 30, 2018
                             Form ID: pdf900        Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
```
db          +Yovana Bustamante,    2143 Brighton Street,    Philadelphia, PA 19149-1802
14024236    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit Financial Services, Inc.,    A/C dba GM Financial,
             P O Box 183853,    Arlington, TX 76096)
13979680     City of Phila, Law Dept,    1515 Arch St Fl 14,    Philadelphia, PA  19102-1504
13979682     DIRECTV,    PO Box 5007,    Carol Stream, IL  60197-5007
13979683     GM Financial,    PO Box 183123,    Arlington, TX  76096-3123
13979684     Great Lakes,    PO Box 7860,    Madison, WI  53707-7860
13979685     KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA  19106-1541
13979686     Liberty University,    1971 University Blvd,    Lynchburg, VA  24515-0002
13979688    +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia, PA 19122-2898
13987046    +U.S BANK NATIONAL ASSOCIATION,    (TRUSTEE FOR PA HOUSING FINANCE AGENCY),
             c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13979689     U.S. Dept. of Education,    PO Box 8973,    Madison, WI  53708-8973
13979690     US Bank Nat Assoc,    211 N Front St,    Harrisburg, PA  17101-1406
14039844     United States Department of Education,    Claims Filing Unit,    Po Box 8973,
             Madison, WI  53708-8973
13979691     Verizon Fios,    500 Technology Dr Ste 550,    Weldon Spring, MO  63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jan 31 2018 01:46:44    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:46:18
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2018 01:46:41    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13979679     E-mail/Text: EBNProcessing@afni.com Jan 31 2018 01:46:36    Afni, Inc.,
             1310 Martin Luther King Dr,    Bloomington, IL  61701-1465
13979681     E-mail/Text: james.feighan@phila.gov Jan 31 2018 01:47:00
             City of Philadelphia, Water Revenue Bure,    1401 John F Kennedy Blvd,
             Philadelphia, PA  19102-1617
14038006     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2018 01:47:38
             LVNV Funding, LLC its successors and assigns as,    assignee of Homecomings Financial,
             Network, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13987683     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 01:53:18
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13979687    +E-mail/Text: bankruptcygroup@peco-energy.com Jan 31 2018 01:46:11    Peco,    2301 Market St,
             Philadelphia, PA 19103-1380
14039354    +E-mail/Text: blegal@phfa.org Jan 31 2018 01:46:34    U.S. Bank National Association,
             c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                         TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           AmeriCredit Financial Services, Inc. A/C dba GM Fi
13983535*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit Financial Services, Inc.,    dba GM Financial,
             P O Box 183853,    Arlington, TX 76096)
                                                                       TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                          Signature:   /s/Joseph Speetjens

District/off: 0313-2         User: John              Page 2 of 2              Date Rcvd: Jan 30, 2018
                            Form ID: pdf900         Total Noticed: 23

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
          ANTHONY   ARECHAVALA    on behalf of Debtor Yovana  Bustamante legaloptions@comcast.net
          LEON P. HALLER   on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

YOVANA  BUSTAMANTE                                    Chapter 13

                                  Debtor                    Bankruptcy No. 17-16047-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____30th_____ day of _____January_____, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
                              Ashely M. Chan
                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANTHONY ARECHAVALA
1015 CHESTNUT ST
SUITE 400
PHILADELPHIA, PA 19107-

Debtor:
YOVANA  BUSTAMANTE

2143 BRIGHTON STREET

PHILADELPHIA, PA 19149